'Federal Court'
at
'District Court of the united States for Middle Georgia'

| | |
|---|---|
| i:a man; | ) |
| prosecutor | ) Nature of case; claim |
| ---------------------------------- | ) |
| STATE: | ) claim; trespass [liberty] |
| STATE OF GEORGIA: | ) |
| TWIGGS COUNTY SHERIFF'S OFFICE: | ) (verified) |
| KEVIN WRYE, A MAN: | ) |
| DARRIN MITCHUM, A MAN: | ) |
| JOHN DOES 1-5, A MAN  : | ) |
| Wrongdoer(s) | ) |

5:14-CV-019

i, require; a 'court of record';

claim: trespass [liberty – Right to life, liberty, pursuit of happiness]

i, a man claim:

1. the said wrongdoer(s) trespass upon my property (liberty to be let alone);

2. the causal agent of the trespass, comes by way of theft of liberty;

3. the said wrongdoers(s) are noticed to cease and desist attempting to administrate my property without express consent;

4. the trespass did and does harm and injury to my property;

5. the commencement of wrong and harm began on january 4th, 2014;

6. the wrong and harm continue to this day, january 13th, 2014;

7. i wish to be let alone

8. in order to be let alone, i require case(s) and warrants be dismissed with prejudice (case #'s unknown at this time) and criminal warrants (#'s, 14-010, 14-009, 14-008) and be voided and expunged from the record;

9. i, require compensation for the initial and continual trespass upon my property;

10. compensation due to make whole for damages:  Five thousand dollars (5,000.00) for every hour (Six days, = 144 hours = Seven hundred and twenty thousand dollars) $720,000.00;

i, say here, and will verify in open court, that all herein be true

By: [signature] ; house of Pennington

January 13, 2014