|  |  |  |
|---|---|---|
| 'Federal Court' | | RECEIVED |
| at | | CLERK'S OFFICE |
| 'District Court of the united States for Middle Georgia' | | 2014 JAN 15 PM 4:09 |

```
         i:a man;                          )         U.S. DISTRICT COURT
         prosecutor                        )    Nature of case; claim MIDDLE DIST. OF GEORGIA
---------------------------------          )    5:14-CV-019           MACON, GEORGIA
STATE:                                     )    claim; trespass [liberty]
STATE OF GEORGIA:                          )
TWIGGS COUNTY SHERIFF'S OFFICE:            )         (verified)
KEVIN WRYE, A MAN:                         )
DARRIN MITCHUM, A MAN:                     )    Notice
JOHN DOES 1-5, A MAN    :                  )
         Wrongdoer(s)                      )
```

Greetings:

I, noticed in your notice sent on 1/14/2014 that you wish to alter my 'claim', and covert my name and change the caption of my 'claim',

I, believe this is going to be a cause of: an interference with my rights, and; confusion to all, who will be reading my claim, in the [near] future;

If you are relying upon a "law", I require of you, to tender to the 'house of Pennington Court', your findings of facts and conclusions of law, for your actions;

You, are NOTICED as implied under your oaths, that pursuant to 18 USC § 1342,

My proper name is Jeffrey Allen; house of Pennington; and

My proper postal address is;

C/O P.O. Box 171

Non-Domestic Mail, without the United States

Dry Branch, Georgia, Zip Code Exempt

(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10

and if it is not shown exactly like this, in any communication with Me, it is further agreed by you, your subordinates, and your successors, that you intend to be guilty of mail fraud.

You also are hereby NOTICED that I do not have any firsthand knowledge of any birth, and anything else about any birth is hearsay, and inadmissible as evidence in any court, because both of my parents are now dead, and I have not been given an opportunity to cross examine them, or their doctor involved, under oath, to determine the veracity of their information.

Thank You

By: _____

Jeffrey- Allen; house of Pennington