IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFREY ALLEN PENNINGTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:14-CV-19-MTT |
| | * |
| STATE OF GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated January 24, 2014, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of January, 2014.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk